**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

No. 99-7104

───────────────

DALE L. HURT,

Petitioner - Appellant,

versus

RONALD ANGELONE; DEPARTMENT OF CORRECTIONS,

Respondents - Appellees.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-99-239)

───────────────

Submitted: December 22, 1999          Decided: January 13, 2000

───────────────

Before MURNAGHAN and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Dale L. Hurt, Appellant Pro Se. Jeffrey Scott Shapiro, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dale Hurt appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. See Hurt v. Angelone, No. CA-99-239 (E.D. Va. Aug. 3, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2